Clerk's Office
Filed Date: 8/17/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRISTIAN TICAS, on behalf of himself,
FLSA Collective Plaintiffs,

                                                      Plaintiff,

  v.

MAX BINIK "Z.L." CORP. d/b/a KRM
KOLLEL SUPERMARKET MOISHA'S
KOSHER DISCOUNT SUPERMARKET, INC.
d/b/a MOISHA'S SUPERMARKET, MARVIN
BINIK, and BARRY BINIK,

                                 Defendants.
----------------------------------------------------------------X

JUDGMENT

21-cv-00460-CBA-PK

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on August 3 2021; and Defendants, MAX BINIK "Z.L." CORP. d/b/a KRM KOLLEL SUPERMARKET, MOISHA'S KOSHER DISCOUNT SUPERMARKET, INC. d/b/a MOISHA'S SUPERMARKET, MARVIN BINIK and BARRY BINIK, having offered to allow judgment in this action to be taken against them, and in favor of Plaintiff CHRISTIAN TICAS, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), inclusive of all liquidated damages, penalties, attorneys' fees and costs, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 12, 2021 and filed as Exhibit A to Docket Number 22; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff CHRISTIAN TICASand against Defendants MAX BINIK "Z.L." CORP. d/b/a KRM KOLLEL SUPERMARKET, MOISHA'S KOSHER DISCOUNT SUPERMARKET, INC. d/b/a MOISHA'S SUPERMARKET, MARVIN BINIK and BARRY BINIK in the sum of Ten Thousand Dollars and No Cents ($10,000.00), inclusive of all liquidated damages, penalties,

attorneys' fees and costs, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 12, 2021 and filed as Exhibit A to Docket Number 22.

Dated: Brooklyn, New York  
      August 17, 2021

Douglas C. Palmer  
Clerk of Court

By: */s/Jalitza Poveda*  
Deputy Clerk